THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**Copatrick Thomas**
Phone: (212) 356-0885
Fax: (212) 356-2089
cthomas@law.nyc.gov
(not for service)

October 1, 2020

**VIA ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: S.I., et al. v. New York City Dep't of Educ.
No. 20-CV-3614 (KPF)

Dear Judge Failla:

I am the Assistant Corporation Counsel now assigned to represent the New York jCity Department of Education ("DOE") in the above-referenced action. In light of my recent assignment and the parties' ongoing efforts to resolve Plaintiffs' claims, I write to respectfully request a 45-day adjournment of the initial conference in this matter, from October 6, 2020 to November 20, 2020. Plaintiffs' counsel consents to this request.

By Complaint dated May 8, 2020 (ECF No. 1), Plaintiffs seek an award of attorneys' fees pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et seq.* ("IDEA"). The parties are optimistic that they will be able to resolve the claim asserted in the Complaint, but do not anticipate reaching a resolution before October 6, 2020, the date of the initial conference in this matter.

I therefore respectfully request a 45-day adjournment of the initial conference in this matter, from October 6, 2020 to November 20, 2020, and further request that the date for submission of the parties' joint letter and proposed case management plan, as set forth in the Court's Order of September 17, 2020 (ECF No. 15), be adjourned from October 2, 2020 to November 16, 2020. The requested adjournment should provide sufficient time for the parties to discuss a resolution of this matter and memorialize any ensuing agreement. The parties hope that the scheduled conference will ultimately prove unnecessary. If a settlement is reached, the parties will immediately notify the Court.

I have conferred with Plaintiffs' counsel, who consents to this request.

I thank you for your consideration of this matter.

Respectfully submitted,

/s/
Copatrick Thomas
Assistant Corporation Counsel

cc: Adam Dayan, Esq.
Attorney for Plaintiffs
(via ECF)

Application GRANTED. The conference scheduled for October 6, 2020 is hereby adjourned to November 17, 2020, at 2:00 p.m. At 2:00 p.m. the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 2:00 p.m. The parties shall submit a joint letter and proposed case management plan on or by November 12, 2020.

Dated: October 1, 2020
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE