# LAW OFFICES OF ADAM DAYAN, PLLC
_____

222 Broadway, 19th Floor
New York, New York 10038
Phone: 833-DAYAN-LAW
Fax: 646-866-7541
admin@dayanlawfirm.com



**Adam Dayan, Esq.**
Amled Pérez, Esq.

December 30, 2020

**BY ECF**
Hon. Katherine Polk Failla U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    *S.I. and R.A., individually and on behalf of R.M., a child with a disability, v. New York City Department of Education, Case Number 1:20-cv-03614*

Dear Judge Failla:

The parties write jointly pursuant to Your Honor's May 15, 2020 and November 12, 2020 orders (Docket No. 8, 19) requiring the parties to submit a proposed case management plan and joint pre-conference letter in advance of the **Initial Pretrial Conference**, which has been scheduled for **January 5, 2021 at 2:00 p.m.**

In the above-referenced matter, Plaintiffs seek attorneys' fees, costs, and expenses for legal work performed for an impartial hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* (IDEA), as well as for this action.

As stated in the parties' joint letter dated November 12, 2020 (Docket No. 19), Defendant's counsel is in the process of reviewing my office's timesheets concerning the underlying administrative proceeding and seeking settlement authority from the Comptroller. Earlier today, Defendant's counsel informed me that he expects that the case can be resolved within the next thirty days.

Accordingly, the parties are requesting an adjournment of the January 5 IPTC *sine die* with the understanding that the parties will write to the Court by January 29, 2021 advising whether the matter has been resolved. If the matter has not been resolved by that time, the parties will so advise the Court and request either a settlement conference or a briefing schedule.

Thank you for considering this joint letter.

# LAW OFFICES OF ADAM DAYAN, PLLC

                                        Respectfully,

                                        */s/ Adam Dayan*

                                        Adam Dayan, Esq.

Cc:    Copatrick Thomas
        Assistant Corporation Counsel
        100 Church Street
        New York, New York 10007
        Attorney for Defendant

```
Application GRANTED.  The initial pretrial conference scheduled for
January 5, 2021, is hereby adjourned sine die.  The parties shall
provide a joint status update to the Court on or by January 29, 2021.

Dated:     December 30, 2020        SO ORDERED.
           New York, New York
```

*[signature: Katherine Polk Failla]*

```
                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE
```